PER CURIAM.

(No. 74-CC-163—Claimant )

KENNETH MOY, Claimant, *vs.* STATE OF ILLINOIS, FAIR EMPLOYMENT PRACTICES COMMISSION, Respondent.

*Opinion filed December 3, 1973.*

KENNETH MOY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.